The Honorable Richard A. Jones

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE SULLIVAN and P. POES 1-75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation,<br><br>\Intervenor-Defendant. | Case No. 2:22-cv-00204-RAJ<br><br>ORDER GRANTING PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.'S UNOPPOSED MOTION TO INTERVENE AS DEFENDANT |

This matter came before the Court on an unopposed motion by People for the Ethical Treatment of Animals, Inc. ("PETA") to intervene in this case as a defendant pursuant to Fed. R. Civ. P. 24.

The Court, having considered PETA's motion, the materials filed in support thereof, and the pleadings and papers of record in this matter, hereby FINDS that the requirements for PETA's intervention under Rule 24 are satisfied.

The Court therefore ORDERS:

1. that PETA's motion to intervene is GRANTED; and

ORDER GRANTING PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.'S UNOPPOSED MOTION TO INTERVENE AS DEFENDANT - 1

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880

2. that PETA shall hereafter be considered a defendant in this case.

DATED this 4th day of March, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING PEOPLE FOR THE ETHICAL
TREATMENT OF ANIMALS, INC.'S UNOPPOSED
MOTION TO INTERVENE AS DEFENDANT - 2

**ANGELI LAW GROUP LLC**
121 S.W. Morrison Street, Suite 400
Portland, Oregon 97204
Telephone: (503) 954-2232
Facsimile: (503) 227-0880