The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JANE SULLIVAN and P. POES 1-75, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings at the University of Washington, in their official capacity,<br><br>Defendants,<br><br>and<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., a Virginia nonstock corporation,<br><br>Intervenor-Defendant. | No. 2:22-cv-0204-RAJ<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**<br><br>~~[PROPOSED]~~ |

This matter came before the Court on a motion by Plaintiffs for an order extending the Temporary Restraining Order granted by this Court on February 24, 2022, and currently set to expire April 14, 2022.

[PROPOSED] ORDER EXTENDING
TEMPORARY RESTRAINING ORDER - 1
SULLIVAN ET AL. v. UNIVERSITY OF WASHINGTON ET AL.
NO. CV22-204-RAJ

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260

The Court, having considered Plaintiffs' Motion, all materials filed in support thereof, any materials filed in opposition, and the pleadings and papers of record in this matter, hereby FINDS as follows:

Under Fed. R. Civ. P. 65(b)(2), before a TRO expires, "the court, for good cause," may extend it. "The reasons for an extension must be entered in the record." *Id*.

In issuing the TRO, the Court found that Plaintiffs raised serious questions on the merits, that the balance of equities tips "sharply" in Plaintiffs' favor, and that "irreparable harm would likely result if this information were made public[.]" Feb. 24 Order (Dkt #15), at 4-5. The expiration of the TRO, in the absence of further order from the Court, would allow Plaintiffs to be irreparably harmed. There are no changed facts or circumstances that would make that a just result while the parties are awaiting the Court's decision on a preliminary injunction. Accordingly, the Court finds good cause shown for the extension of the TRO.

The Court therefore ORDERS that Plaintiffs' Motion to Extend the Temporary Restraining Order is GRANTED. Under Fed. R. Civ. P. 65(b)(2), the Temporary Restraining Order shall remain in effect for an additional 14 days, until April 28, 2022, or pending further order of this Court.

DATED this __14th__ day of April, 2022.

*[signature]*
The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER EXTENDING
TEMPORARY RESTRAINING ORDER - 2
SULLIVAN ET AL. v. UNIVERSITY OF WASHINGTON ET AL.
NO. CV22-204-RAJ

GOLDFARB & HUCK
ROTH RIOJAS, PLLC
925 Fourth Avenue, Suite 3950
Seattle, Washington 98104
(206) 452-0260