FILED

MAR 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JANE SULLIVAN; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings, University of Washington, <br><br> Defendants-Appellees, <br><br> v. <br><br> PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC., <br><br> Intervenor-Defendant-Appellant. | No.   22-35338 <br><br> D.C. No.  2:22-cv-00204-RAJ <br> Western District of Washington, Seattle <br><br> ORDER |

Before:  IKUTA and COLLINS, Circuit Judges, and FITZWATER,[*] District Judge.

The panel has unanimously voted to deny Appellees' Petition for Rehearing.

Judges Ikuta and Collins voted to deny Appellees' Petition for Rehearing En Banc,

---

[*] The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.

and Judge Fitzwater so recommended. The full court has been advised of the Petition for Rehearing En Banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

 The Petition for Rehearing and Petition for Rehearing En Banc are DENIED.