UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JANE SULLIVAN; et al.,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON, a Washington public corporation; ELIZA SAUNDERS, Director of Public Records and Open Public Meetings, University of Washington,<br><br>　　　　Defendants - Appellees,<br><br>　v.<br><br>PEOPLE FOR THE ETHICAL TREATMENT OF ANIMALS, INC.,<br><br>　　　　Intervenor-Defendant - Appellant. | No. 23-35313<br><br>D.C. No. 2:22-cv-00204-RAJ<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

　　　　The judgment of this Court, entered December 13, 2023, takes effect this date.

　　　　This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT